

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2018

No. 04-17-00400-CR, 04-17-00401-CR, 04-17-00402-CR & 04-17-00403-CR

Logan Trey **FIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5810, 5811, 5812 & 5813
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to March 28, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court